# Court of Appeals
# of the State of Georgia

ATLANTA,____July 12, 2013_____

*The Court of Appeals hereby passes the following order:*

**A13A1988.  ANDREW MITSCHELL v. WENDELL WILLARD.**

Prison inmate Andrew Mitschell filed this civil action against Wendell Willard, whom he alleges is the chairman of the Georgia Code Revision Commission.  In the action, Mitschell seeks – among other things – a declaration that the criminal laws under which he was convicted are invalid because the commission acted fraudulently. The trial court dismissed the action on the ground that Mitschell failed to perfect service of process.  Mitschell then appealed directly to this Court.

Because Mitschell was incarcerated when he initiated this action, his appeal is controlled by the Prison Litigation Reform Act of 1996. OCGA § 42-12-1 et seq. OCGA § 42-12-8 requires that an appeal of a civil action filed by a prisoner "shall be as provided in Code Section 5-6-35."  Under OCGA § 5-6-35, the party wishing to appeal must file an application for discretionary appeal to the appropriate appellate court.  Mitschell's failure to file an application for discretionary appeal in this case deprives this Court of jurisdiction over this direct appeal.  See *Jones v. Townsend*, 267 Ga. 489 (480 SE2d 24) (1997).  Accordingly, this appeal is hereby DISMISSED. Mitschell's request to argue and motion for transfer are DISMISSED as MOOT.



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta,_07/12/2013_____
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*



_____ , *Clerk.*